CLERK'S OFFICE U.S. DI..
AT ABINGDON, VA
FILED
AUG 18 2010
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| RANDALL W. CASEY, | |
| Plaintiff, | Case No. 2:09CV00066 |
| v. | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, | By: James P. Jones<br>United States District Judge |
| Defendant. | |

It appearing that no objections have been timely filed to the Report filed July 30, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. The clerk will close this case.

ENTER: August 18, 2010

United States District Judge